United States District Court
Southern District of Texas
**ENTERED**
November 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| vs. | | CRIMINAL ACTION H-15-301-1 |
| YANNA GASSAWAY | | |

## WAIVER OF RIGHT TO A JURY TRIAL

I, __YANNA GASSAWAY__ being advised of the charges before me, my right to have the charges tried before a jury consisting of twelve citizens of this district, and with the advice of counsel, hereby waive in open court on __November 1, 2018__ my right to a jury trial and consent that the charges against me be tried to the bench without a jury.

_____        11/1/18
Defendant                                               Date

APPROVED:

_____        11/1/18
Attorney for Defendant                          Date

The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

_____        11-1-18
Assistant United States Attorney          Date

I find that the parties have knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

Signed: __1 November 2018__

_____
Keith P. Ellison
United States District Judge