UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. H-15-CR-301 |
| | § | |
| YANNA GASSAWAY | § | |
|     aka YANNA NORRIS | § | |
|     aka CUMILLE GASSAWAY | § | |
|     aka CUMILE NORRIS | § | |
|         Defendant | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture (Doc. 116) is now final as to the Defendant pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A). The forfeiture order is made part of the Defendant's sentence and included in the judgment against her.

Signed in Houston, Texas, on the 20th day of February 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE